# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JEFFREY LANE PLEMMONS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00016-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 23, 2017 Order.

February 23, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court